**Electronically Filed
Supreme Court
SCWC-23-0000718
29-JUL-2026
11:45 AM
Dkt. 11 ODAC**

SCWC-23-0000718

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

COUNTY OF KAUA‘I,
Petitioner/Plaintiff-Appellee,

vs.

B & D PROPERTIES, LLC, dba NORTH DAKOTA HOLDINGS,
Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000718 AND CAAP-23-0000724; CASE NO. 5CCV-22-0000013)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ., and
Circuit Judge Morikawa, assigned by reason of vacancy)

Petitioner/Plaintiff-Appellee County of Kaua‘i's application

for writ of certiorari filed on June 5, 2026, is rejected.

DATED: Honolulu, Hawai‘i, July 29, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Trish K. Morikawa

